The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–2438.   State ex rel. Couch v. Trimble Local School Dist. Bd. of Edn.
In Mandamus.

# CASE ANNOUNCEMENTS

*March 6, 2008*

[Cite as *03/06/2008 Case Announcements,* **2008-Ohio-903.**]

## MISCELLANEOUS DISMISSALS